IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division

ALISON D. GARNER, DC Bar No. 983858
ANDREA GELATT, CA Bar No. 262617
STUART C. GILLESPIE, CO Bar No. 42861
Trial Attorneys
Benjamin Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 514-2855 (Garner)
Tel: (202) 305-0388 (Gelatt)
Tel: (202) 305-0490 (Gillespie)
Fax: (202) 305-0506
Alison.Garner@usdoj.gov
Andrea.Gelatt@usdoj.gov
Stuart.Gillespie@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| CONSERVATION CONGRESS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FOREST SERVICE and UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>Defendants. | Case No. 12-2416<br><br><s>PROPOSED</s> ORDER ALLOWING TELEPHONIC APPEARANCE AT THE HEARING FOR MOTION TO LIMIT REVIEW TO THE ADMINISTRATIVE RECORD (ECF No. 17) |

### ORDER GRANTING REQUEST

Having considered Federal Defendants' request, and for good cause shown, Federal Defendants may appear by telephone for the motion to limit review to the administrative record, ECF No. 17, should the Court hold a hearing on the motion. Until such time as the hearing is cancelled, Counsel shall be prepared to be available to appear by phone at 202-305-0388

1  beginning at 2 pm (Pacific Time) on February 25, 2013 at 2:00 p.m.  **The courtroom deputy**
2  **shall email counsel with instructions on how to participate in the telephone conference call.**
3  **IT IS SO ORDERED.**
4  Date:  February 5, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE