IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSERVATION CONGRESS, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES FOREST SERVICE and UNITED STATES FISH AND WILDLIFE SERVICE, <br><br> Defendants. | No. 2:12-cv-02416-WBS-KJN <br><br> ORDER ON STIPULATION TO RESET SUMMARY JUDGMENT SCHEDULE |

This matter having come before the Court on the parties' Stipulation to Reset Summary Judgment Schedule, the Court, having considered the parties' Stipulation, and having found good cause, GRANTS the motion. It is hereby SO ORDERED that:

- For all record review claims, plaintiff shall file its motion for summary judgment no later than March 5, 2013, or two weeks after the court decides defendants' motion to limit review to the Administrative Record, whichever occurs first in time.

- Defendants shall file their cross-motion for summary judgment and opposition to plaintiff's motion for summary judgment no later than April 2, 2013, or 28 days after plaintiff files its motion, whichever is earlier.

- Plaintiff shall file its reply to defendants' opposition to the motion for summary judgment and opposition to cross-motion for summary judgment no later than April 23, 2013, or 21 days after defendants file their motion/opposition, whichever is earlier.

PAGE 1 - ORDER ON STIPULATION TO RESET SUMMARY JUDGMENT SCHEDULE

- Defendants shall file their reply to plaintiff's opposition to cross-motion for summary judgment no later than May 14, 2013, or 21 days after plaintiff files its reply, whichever is earlier.

Dated: February 12, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PAGE 2 - ORDER ON STIPULATION TO RESET SUMMARY JUDGMENT SCHEDULE