```
1  James Jay Tutchton (CA State Bar # 150908)
   Tutchton Law Office
2  6439 E. Maplewood Ave.
   Centennial, CO 80111
3  (720) 301-3843
   E-mail: jtutchton@wildearthguardians.org
4
   Marianne Dugan, pro hac vice (Oregon State Bar # 932563)
5  E-mail address mdugan@mdugan.com
   259 E. 5th Ave., Ste 200-D
6  Eugene, OR 97401
   (541) 338-7072
7  Fax no. 866-650-5213

8       Attorneys for Plaintiff
```

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSERVATION CONGRESS | No. 2:12-cv-02416-WBS-KJN |
| Plaintiff, | NOTICE AND MOTION FOR PARTIAL SUMMARY JUDGMENT |
| v. | |
| UNITED STATES FOREST SERVICE and UNITED STATES FISH AND WILDLIFE SERVICE, | Date:  May 29, 2013<br>Time:  9:00 a.m.<br>Courtroom:  5<br>Judge William B. Shubb |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on May 29, 2013 at 9:00 a.m. or as soon thereafter as the matter may be heard in the Honorable Senior Judge William B. Shubb's Courtroom (Courtroom 5, 14th floor) of the United States District Court for the Eastern District of California, 501 I Street, Sacramento, California 95814.  Plaintiff, Conservation Congress, will move the Court for partial summary judgment on plaintiff's claims brought under the National Environmental Policy Act (NEPA), pursuant to the Court's Order, ECF Dkt. 19 and 27, filed January 3, 2013, and February 13, 2013, L.R 260 and Fed. R. Civ. Proc. 56.  Conservation

PAGE 1 - NOTICE AND MOTION FOR PARTIAL SUMMARY JUDGMENT

1 Congress seeks partial summary judgment on its NEPA claims regarding the Tatham, Log
2 Springs, and M9 timber sales. The grounds for this motion are stated in the memorandum in
3 support.

4     This motion is based on the accompanying Memorandum of Points and Authorities; the
5 accompanying Declaration and Supplemental Declaration of Denise Boggs[1]; the administrative
6 record previously filed (Dkt 20); the pleadings, records, and files in this action; and such other
7 documentary and oral evidence that may be supplied at the hearing.

8     The briefing schedule set by the Court's previous orders (Dkt 19 and 27) is as follows:

9     - For all record review claims, plaintiff shall file its motion for summary judgment no later than March 5, 2013.

10

11     - Defendants shall file their cross-motion for summary judgment and opposition to plaintiff's motion for summary judgment no later than April 2, 2013.

12     - Plaintiff shall file its reply to defendants' opposition to the motion for summary judgment and opposition to cross-motion for summary judgment no later than April 23,
13 2013.

14     - Defendants shall file their reply to plaintiff's opposition to cross-motion for summary judgment no later than May 14, 2013.
15

    Respectfully submitted March 5, 2013.
16

17                       /s/ James Jay Tutchton
                      James Jay Tutchton (CA State Bar # 150908)
                      Tutchton Law Office
18                       6439 E. Maplewood Ave.
                      Centennial, CO 80111
19                       (720) 301-3843
                      E-mail: jtutchtontlo@gmail.com
20

21                       /s/ Marianne Dugan

22
    [1] Pursuant to the parties' agreement, Ms. Boggs provided a declaration to defendants,
23 which was not (yet) filed with the Court, so that defendants could determine whether they would be challenging plaintiff's standing. In response to defendants' comments, Ms. Boggs then
24 provided a supplemental declaration to defendants. These documents are now filed with the Court in support of Plaintiff's Motion for Partial Summary Judgment.

25 PAGE 2 - NOTICE AND MOTION FOR PARTIAL SUMMARY JUDGMENT

1

Marianne Dugan, *pro hac vice* (OR State Bar # 932563)
259 E. 5th Ave. Ste 200-D
Eugene, OR  97401
(541) 338-7072
Fax (866) 650-5213
mdugan@mdugan.com

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

PAGE 3 - NOTICE AND MOTION FOR PARTIAL SUMMARY JUDGMENT