COUNSEL IDENTIFICATION ON SIGNATURE PAGE

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| CONSERVATION CONGRESS, | Case No. 2:12-CV-02416-WBS-KJN |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER REGARDING DISCOVERY** |
| UNITED STATES FOREST SERVICE, and UNITED STATES FISH AND WILDLIFE SERVICE, | |
| Defendants. | |

WHEREAS, the parties recently stipulated to the dismissal of one of Plaintiff's claims;

WHEREAS, Plaintiff, at this time, anticipates no amendments to the Complaint, and the parties agree any such amendments would, pursuant to the Federal Rules, require a showing of good cause;

WHEREAS, the Court allowed limited discovery regarding Plaintiff's claims against the U.S. Forest Service, and denied Defendants' motion to limit review to the record without prejudice to renewal at a later time, ECF No. 29;

WHEREAS, the parties agree that this stipulation will foster the interests of judicial economy;

WHEREAS, pursuant to Federal Rule of Civil Procedure 26(b)(2)(A), the Court

1 | may order limitations on the number of requests under Rule 36;

2 | Now, therefore, the parties stipulate as follows:

    1. The undersigned parties hereby stipulate that Federal Defendants and Plaintiff each shall propound no more than 25 requests for admission, in total, regardless of the number of Defendants in the case;

DATED: April 3, 2013              Respectfully Submitted,

For Plaintiff:                              *s/ Marianne Dugan* (as authorized)
                                           Marianne Dugan
                                           259 E. 5th Ave., Ste. 200-D
                                           Eugene, OR 97401
                                           (541) 338-7072
                                           mdugan@mdugan.com

                                           James J. Tutchton (CA Bar No. 150908)
                                           Tutchton Law Office
                                           6439 E. Maplewood Ave.
                                           Centennial, CO 80111
                                           (720) 301-3843
                                           jtutchton@wildearthguardians.org

For Defendants:                         BENJAMIN B. WAGNER
                                           United States Attorney
                                           DAVID SHELLEDY
                                           Civil Division Chief
                                           Eastern District of California
                                           United States Attorney's Office
                                           501 I Street, Suite 10-100
                                           Sacramento, CA 95814
                                           Tel: (916) 554-2700
                                           David.shelledy@usdoj.gov

                                           IGNACIA S. MORENO
                                           Assistant Attorney General
                                           Environment and Natural Resources Division

                                           */s/ Andrea Gelatt*
                                           Andrea Gelatt, CA Bar # 262617
                                           Trial Attorney
                                           U.S. Department of Justice
                                           Wildlife & Marine Resources Section
                                           Ben Franklin Station, P.O. Box 7611
                                           Washington, D.C. 20044-7611

(202) 305-0388 | (202) 305-0275 (fax)
Email: andrea.gelatt@usdoj.gov

Stuart Gillespie, CO Bar No. 42861
Trial Attorney, Natural Resources Section
Benjamin Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-0490
Fax: (202) 305-0506
Stuart.Gillespie@usdoj.gov

Alison D. Garner, DC Bar No. 983858
Trial Attorney
U.S. Department of Justice
Natural Resources Section
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone:  (202) 514-2855
Facsimile:  (202) 305-0506
alison.garner@usdoj.gov

## ORDER

Finding good cause, and pursuant to Fed. R. Civ. P. 26(b)(2)(A), the Court **GRANTS** the parties' stipulated request**.**

**IT IS SO ORDERED.**

**Date:  4/2/2013**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that today, I electronically filed the foregoing with the Clerk of the Court via CM/ECF system, which will send notification of such to the attorneys of record.

/s/ *Andrea Gelatt*

ANDREA GELATT

*Stipulation*   3   *Case 2:12- cv-02416-WBS-KJN*