1  COUNSEL IDENTIFICATION ON
   SIGNATURE PAGE

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| CONSERVATION CONGRESS, ) | Case No. 2:12-CV-02416-WBS-KJN |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | **REGARDING DISCOVERY** |
| ) | |
| UNITED STATES FOREST SERVICE, and ) | |
| UNITED STATES FISH AND WILDLIFE ) | |
| SERVICE, ) | |
| ) | |
| Defendants. ) | |

   WHEREAS, the parties recently stipulated to the dismissal of one of Plaintiff's claims;

   WHEREAS, Plaintiff, at this time, anticipates no amendments to the Complaint, and the parties agree any such amendments would, pursuant to the Federal Rules, require a showing of good cause;

   WHEREAS, the Court allowed limited discovery regarding Plaintiff's claims against the U.S. Forest Service, and denied Defendants' motion to limit review to the record without prejudice to renewal at a later time, ECF No. 29;

   WHEREAS, the parties agree that this stipulation will foster the interests of judicial economy;

   WHEREAS, pursuant to Federal Rule of Civil Procedure 26(b)(2)(A), the Court

1 | may order limitations on the number of requests under Rule 36;

2 | Now, therefore, the parties stipulate as follows:

3 |     1.    The undersigned parties hereby stipulate that Federal Defendants and Plaintiff each shall propound no more than 25 requests for admission, in total, regardless of the number of Defendants in the case;

DATED: April 3, 2013    Respectfully Submitted,

For Plaintiff:

    *s/ Marianne Dugan* (as authorized)
Marianne Dugan
259 E. 5th Ave., Ste. 200-D
Eugene, OR 97401
(541) 338-7072
mdugan@mdugan.com

James J. Tutchton (CA Bar No. 150908)
Tutchton Law Office
6439 E. Maplewood Ave.
Centennial, CO 80111
(720) 301-3843
jtutchton@wildearthguardians.org

For Defendants:

BENJAMIN B. WAGNER
United States Attorney
DAVID SHELLEDY
Civil Division Chief
Eastern District of California
United States Attorney's Office
501 I Street, Suite 10-100
Sacramento, CA 95814
Tel: (916) 554-2700
David.shelledy@usdoj.gov

IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Division

*/s/ Andrea Gelatt*
Andrea Gelatt, CA Bar # 262617
Trial Attorney
U.S. Department of Justice
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611

(202) 305-0388 | (202) 305-0275 (fax)
Email: andrea.gelatt@usdoj.gov

Stuart Gillespie, CO Bar No. 42861
Trial Attorney, Natural Resources Section
Benjamin Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-0490
Fax: (202) 305-0506
Stuart.Gillespie@usdoj.gov

Alison D. Garner, DC Bar No. 983858
Trial Attorney
U.S. Department of Justice
Natural Resources Section
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 514-2855
Facsimile: (202) 305-0506
alison.garner@usdoj.gov

## ORDER

Finding good cause, and pursuant to Fed. R. Civ. P. 26(b)(2)(A), the Court **GRANTS** the parties' stipulated request.

**IT IS SO ORDERED.**

**Date: 4/2/2013**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that today, I electronically filed the foregoing with the Clerk of the Court via CM/ECF system, which will send notification of such to the attorneys of record.

/s/ *Andrea Gelatt*

ANDREA GELATT

*Stipulation*   3   *Case 2:12- cv-02416-WBS-KJN*