COUNSEL IDENTIFICATION ON
SIGNATURE PAGE

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| CONSERVATION CONGRESS, | Case No. 2:12-CV-02416-WBS-KJN |
| Plaintiff, | |
| v. | **JOINT STIPULATION AND PROPOSED ORDER STAYING DISCOVERY AND TRIAL DEADLINES PENDING OUTCOME OF DISPOSITIVE MOTIONS** |
| UNITED STATES FOREST SERVICE, and UNITED STATES FISH AND WILDLIFE SERVICE, | |
| Defendants. | |

WHEREAS, the Court allowed limited discovery on certain of Plaintiff's Endangered Species Act claims against the United States Forest Service;

WHEREAS, Plaintiff notified Federal Defendants in April 2013 that its expert witness, Ms. Monica Bond, is out of the country and unavailable to be deposed until after June 20, 2013;

WHEREAS, June 20, 2013 falls after the current close of discovery in this litigation (June 7, 2013) and after Federal Defendants' expert disclosure deadline (May 3, 2013) and the parties rebuttal expert deadline (May 17, 2013), ECF No. 19, at 2-3;

WHEREAS, there are pending dispositive motions in this litigation that Defendants contend could resolve all Endangered Species Act claims against the United

States Forest Service;

WHEREAS, in the interests of judicial economy and avoiding the need for Court intervention;

The Parties hereby stipulate as follows:

1. Apart from written discovery responses due from the Parties in mid-April 2013, all discovery, pretrial, and trial deadlines shall be stayed until 3 days after the Court issues an order resolving by granting, denying, or granting/denying in part the currently pending motions for summary judgment ("Order");

2. All pretrial deadlines (including the pretrial conference and pretrial statements) shall be vacated, to be reset after the Order.

3. The Parties will file a separate stipulated request for vacatur of the trial date per the Court's scheduling order, ECF No. 19 at 5-6.

4. Within 30 days after the Order (if not dispositive of case) or no earlier than July 1, 2013, Federal Defendants will serve the notice of deposition of Plaintiff's expert and serve a subpoena for her deposition on Plaintiff's counsel, which Plaintiff's counsel agrees to accept.

5. Defendants' expert disclosures will be due 14 days after the completion of Ms. Bond's deposition;

6. The Parties' rebuttal expert disclosures will be due 14 days after Defendants' expert disclosures.

7. All discovery will be closed 21 days after rebuttal disclosures.

This Stipulation should not be construed as an admission by any party regarding the claims or defenses of another party.

DATED: April 19, 2013                          Respectfully Submitted,

For Plaintiff:                                   *s/ James J. Tutchton* (as authorized)
                                                James J. Tutchton (CA Bar No. 150908)
                                                Tutchton Law Office
                                                6439 E. Maplewood Ave.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Centennial, CO 80111
(720) 301-3843
jtutchton@wildearthguardians.org

Marianne Dugan
259 E. 5th Ave., Ste. 200-D
Eugene, OR 97401
(541) 338-7072
mdugan@mdugan.com

For Defendants:
BENJAMIN B. WAGNER
United States Attorney
DAVID SHELLEDY
Civil Division Chief
Eastern District of California
United States Attorney's Office
501 I Street, Suite 10-100
Sacramento, CA 95814
Tel: (916) 554-2700
David.shelledy@usdoj.gov

IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Division

*/s/ Andrea Gelatt*
Andrea Gelatt, CA Bar # 262617
Trial Attorney
U.S. Department of Justice
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
(202) 305-0388 | (202) 305-0275 (fax)
Email: andrea.gelatt@usdoj.gov

Stuart Gillespie, CO Bar No. 42861
Trial Attorney, Natural Resources Section
Benjamin Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-0490
Fax: (202) 305-0506
Stuart.Gillespie@usdoj.gov

Alison D. Garner, DC Bar No. 983858
Trial Attorney

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

U.S. Department of Justice
Natural Resources Section
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone:  (202) 514-2855
Facsimile:  (202) 305-0506
alison.garner@usdoj.gov

## ORDER

Finding good cause, the Court **GRANTS** the parties' stipulated request**.**

**IT IS SO ORDERED.**

DATED this 26th day of April, 2013.

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that today, I electronically filed the foregoing with the Clerk of the Court via CM/ECF system, which will send notification of such to the attorneys of record.

/s/ *Andrea Gelatt*

ANDREA GELATT