COUNSEL IDENTIFICATION ON
SIGNATURE PAGE

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| CONSERVATION CONGRESS, | Case No. 2:12-CV-02416-WBS-KJN |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED ORDER] REGARDING PRELIMINARY INJUNCTIVE MOTIONS REGARDING THE TATHAM PROJECT** |
| UNITED STATES FOREST SERVICE, and UNITED STATES FISH AND WILDLIFE SERVICE, | |
| Defendants. | |

WHEREAS, Federal Defendants recently advised the parties and the Court that operations may start as soon as June on the Tatham Project (Project), *see* Notice, ECF No. 45 (May 6, 2013);

WHEREAS, Federal Defendants have become aware that the operator for the Project has now revised its plans, it no longer plans to start operations on the Project before the end of the July 10th limited operating period, and it is now likely that the start date will be after the Limited Operating Period for the Northern Spotted Owls ends (on September 15th) for the Project;

WHEREAS, the operator will provide notice to Federal Defendants a minimum of six weeks before it begins operations on the Project ("six-week notice");

WHEREAS, Federal Defendants will apprise Plaintiff and the Court within two business days after Federal Defendants receive the operator's notice of operations;

WHEREAS, in pursuit of the efficient administration of justice and to avoid

unnecessary preliminary injunctive proceedings;

Now, therefore, the parties stipulate as follows:

1. If Plaintiff wishes to pursue a motion for preliminary injunctive relief, it shall wait to file such motion and accompanying brief until it has received the six-week notice. Plaintiff will then file its brief within 7 days of the six-week notice and shall notice its motion per the Court's standing order, if the case has not yet been resolved on the merits at the district court;

2. Federal Defendants shall have 14 days after the filing of the motion to file any opposition;

3. Plaintiff shall have 7 days after the opposition to file a Reply.

DATED: May 31, 2013                                  Respectfully Submitted,

For Plaintiff:                                              *s/ Marianne Dugan* (as authorized)
                                                                Marianne Dugan
                                                                259 E. 5th Ave., Ste. 200-D
                                                                Eugene, OR 97401
                                                                (541) 338-7072
                                                                mdugan@mdugan.com

                                                                James J. Tutchton (CA Bar No. 150908)
                                                                Tutchton Law Office
                                                                6439 E. Maplewood Ave.
                                                                Centennial, CO 80111
                                                                (720) 301-3843
                                                                jtutchton@wildearthguardians.org

For Defendants:                                         BENJAMIN B. WAGNER
                                                                United States Attorney
                                                                DAVID SHELLEDY
                                                                Civil Division Chief
                                                                Eastern District of California
                                                                United States Attorney's Office
                                                                501 I Street, Suite 10-100
                                                                Sacramento, CA 95814
                                                                Tel: (916) 554-2700
                                                                David.shelledy@usdoj.gov

                                                                IGNACIA S. MORENO
                                                                Assistant Attorney General
                                                                Environment and Natural Resources Division

*/s/ Alison D. Garner*
Alison D. Garner, DC Bar No. 983858
Trial Attorney
U.S. Department of Justice
Natural Resources Section
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone:  (202) 514-2855
Facsimile:  (202) 305-0506
alison.garner@usdoj.gov

Andrea Gelatt, CA Bar # 262617
Trial Attorney
U.S. Department of Justice
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
(202) 305-0388 | (202) 305-0275 (fax)
Email: andrea.gelatt@usdoj.gov

Stuart Gillespie, CO Bar No. 42861
Trial Attorney, Natural Resources Section
Benjamin Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-0490
Fax: (202) 305-0506
Stuart.Gillespie@usdoj.gov

## ORDER

Finding good cause the Court **GRANTS** the parties' stipulated request**.**

**IT IS SO ORDERED.**

Dated:  May 31, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that today, I electronically filed the foregoing with the Clerk of the Court via CM/ECF system, which will send notification of such to the attorneys of record.

/s/ *Andrea Gelatt*

ANDREA GELATT
