COUNSEL IDENTIFICATION ON
SIGNATURE PAGE

1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| CONSERVATION CONGRESS,<br><br>Plaintiff,<br><br>     v.<br><br>UNITED STATES FOREST SERVICE, and<br>UNITED STATES FISH AND WILDLIFE<br>SERVICE,<br><br>Defendants. | )  Case No. 2:12-CV-02416-WBS-KJN<br>)<br>)<br>)  **STIPULATION AND [PROPOSED<br>)  ORDER] REGARDING JOINT<br>)  STATUS REPORT**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

WHEREAS, Federal Defendants and Plaintiff are in the process of finalizing the joint

status report requested in the Court's recent order on the Parties' cross motions for summary

judgment, *see* Order, ECF No. 55;

WHEREAS the parties have not yet been able to receive their clients' approval of a joint

status report, but expect to receive approval imminently;

WHEREAS in pursuit of the efficient administration of justice and to avoid unnecessary

motion practice;

Now, therefore, the parties request a two business day extension, until June 24, 2013, to

file their joint status report.

DATED: June 21, 2013                    Respectfully Submitted,

For Plaintiff:                                  *s/* (as authorized)
                                                    Marianne Dugan

*Stipulation*                          1                *Case 2:12- cv-02416-WBS-KJN*

1    259 E. 5th Ave., Ste. 200-D
     Eugene, OR 97401

2    (541) 338-7072
     mdugan@mdugan.com

3

4    *s/ James Jay Tutchton*
     James J. Tutchton (CA Bar No. 150908)
     Tutchton Law Office

5    6439 E. Maplewood Ave.
     Centennial, CO 80111

6    (720) 301-3843

7    jtutchton@wildearthguardians.org

8    For Defendants:    BENJAMIN B. WAGNER
                        United States Attorney

9                       DAVID SHELLEDY
                        Civil Division Chief

10                      Eastern District of California
                        United States Attorney's Office

11                      501 I Street, Suite 10-100

12                      Sacramento, CA 95814
                        Tel: (916) 554-2700

13                      David.shelledy@usdoj.gov

14
                        ROBERT G. DREHER

15                      Acting Assistant Attorney General
                        Environment and Natural Resources Division

16

17                      */s/ Alison Garner*
                        Alison D. Garner, DC Bar No. 983858

18                      Trial Attorney
                        U.S. Department of Justice

19                      Natural Resources Section
                        Environment & Natural Resources Division

20                      P.O. Box 7611

21                      Washington, D.C. 20044-7611
                        Telephone:  (202) 514-2855

22                      Facsimile:  (202) 305-0506
                        alison.garner@usdoj.gov

23

24                      Andrea Gelatt, CA Bar # 262617
                        Trial Attorney

25                      U.S. Department of Justice
                        Wildlife & Marine Resources Section

26                      Ben Franklin Station, P.O. Box 7611
                        Washington, D.C. 20044-7611

27                      (202) 305-0388 | (202) 305-0275 (fax)
                        Email: andrea.gelatt@usdoj.gov

28

*Stipulation*                        2                *Case 2:12- cv-02416-WBS-KJN*

1

2

Stuart Gillespie, CO Bar No. 42861
Trial Attorney, Natural Resources Section
Benjamin Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-0490
Fax: (202) 305-0506
Stuart.Gillespie@usdoj.gov

3

4

5

6

7

8

**ORDER**

9

Finding good cause the Court **GRANTS** the parties' stipulated request to extend the

10

deadline for the joint status report indicated in the Court's recent order, ECF No. 55, until June

11

24, 2013.

12

**IT IS SO ORDERED.**

13

Dated:  June 21, 2013

14

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

15

16

**CERTIFICATE OF SERVICE**

17

I hereby certify that today, I electronically filed the foregoing with the Clerk of the Court

18

via CM/ECF system, which will send notification of such to the attorneys of record.

19

/s/ *James Jay Tutchton*

20

James Jay Tutchton

21

22

23

24

25

26

27

28

*Stipulation*                                    3                    *Case 2:12- cv-02416-WBS-KJN*