1  COUNSEL IDENTIFICATION ON
   SIGNATURE PAGE
2
3
4
5
6           **UNITED STATES DISTRICT COURT**
            **FOR THE EASTERN DISTRICT OF CALIFORNIA**
7                    **SACRAMENTO DIVISION**
8
9  CONSERVATION CONGRESS,              ) Case No. 2:12-CV-02416-WBS-KJN
                                       )
10 Plaintiff,                          )
                                       )
11          v.                         ) **STIPULATION AND [PROPOSED**
                                       ) **ORDER] REGARDING JOINT**
12                                     ) **STATUS REPORT**
                                       )
13 UNITED STATES FOREST SERVICE, and   )
   UNITED STATES FISH AND WILDLIFE     )
14 SERVICE,                            )
                                       )
15 Defendants.                         )
16
17
18         WHEREAS, Federal Defendants and Plaintiff are in the process of finalizing the joint
19 status report requested in the Court's recent order on the Parties' cross motions for summary
20 judgment, *see* Order, ECF No. 55;
21         WHEREAS the parties have not yet been able to receive their clients' approval of a joint
22 status report, but expect to receive approval imminently;
23         WHEREAS in pursuit of the efficient administration of justice and to avoid unnecessary
24 motion practice;
25         Now, therefore, the parties request a two business day extension, until June 24, 2013, to
26 file their joint status report.
27 DATED: June 21, 2013                     Respectfully Submitted,
28 For Plaintiff:                           *s/* (as authorized)
                                            Marianne Dugan

*Stipulation*                  1              *Case 2:12- cv-02416-WBS-KJN*

|   |   |   |
|---|---|---|
| 1 | | 259 E. 5th Ave., Ste. 200-D |
| 2 | | Eugene, OR 97401 |
|   | | (541) 338-7072 |
| 3 | | mdugan@mdugan.com |

*s/ James Jay Tutchton*
James J. Tutchton (CA Bar No. 150908)
Tutchton Law Office
6439 E. Maplewood Ave.
Centennial, CO 80111
(720) 301-3843
jtutchton@wildearthguardians.org

For Defendants:    BENJAMIN B. WAGNER
United States Attorney
DAVID SHELLEDY
Civil Division Chief
Eastern District of California
United States Attorney's Office
501 I Street, Suite 10-100
Sacramento, CA 95814
Tel: (916) 554-2700
David.shelledy@usdoj.gov

ROBERT G. DREHER
Acting Assistant Attorney General
Environment and Natural Resources Division

*/s/ Alison Garner*
Alison D. Garner, DC Bar No. 983858
Trial Attorney
U.S. Department of Justice
Natural Resources Section
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone:  (202) 514-2855
Facsimile:  (202) 305-0506
alison.garner@usdoj.gov

Andrea Gelatt, CA Bar # 262617
Trial Attorney
U.S. Department of Justice
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
(202) 305-0388 | (202) 305-0275 (fax)
Email: andrea.gelatt@usdoj.gov

*Stipulation*                    2                    *Case 2:12- cv-02416-WBS-KJN*

Stuart Gillespie, CO Bar No. 42861
Trial Attorney, Natural Resources Section
Benjamin Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-0490
Fax: (202) 305-0506
Stuart.Gillespie@usdoj.gov

## ORDER

Finding good cause the Court **GRANTS** the parties' stipulated request to extend the deadline for the joint status report indicated in the Court's recent order, ECF No. 55, until June 24, 2013.

**IT IS SO ORDERED.**

Dated: June 21, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

### CERTIFICATE OF SERVICE

I hereby certify that today, I electronically filed the foregoing with the Clerk of the Court via CM/ECF system, which will send notification of such to the attorneys of record.

/s/ *James Jay Tutchton*

James Jay Tutchton