UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

CONSERVATION CONGRESS

       Plaintiff,

  v.

UNITED STATES FORREST SERVICE and UNITED STATES FISH AND WILDLIFE SERVICE,

       Defendants.

NO. CIV. 2:12-02416 WBS KJN

ORDER

----oo0oo----

The court is in receipt of the parties' stipulation to voluntary dismissal of plaintiffs' remaining claims for violation of the Endangered Species Act ("ESA") pursuant to Federal Rule of Civil Procedure 41(a)(1). (Docket No. 58.) Good cause appearing therefor:

IT IS HEREBY ORDERED that plaintiffs' remaining claims for violation of the ESA be, and the same hereby are, DISMISSED WITHOUT PREJUDICE.

DATED: June 27, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE