James Jay Tutchton (CA State Bar # 150908)
Tutchton Law Office
6439 E. Maplewood Ave.
Centennial, CO 80111
(720) 301-3843
E-mail: jtutchtontlo@gmail.com

Marianne Dugan, *pro hac vice* (Oregon State Bar # 932563)
E-mail address mdugan@mdugan.com
259 E. 5th Ave., Ste 200-D
Eugene, OR 97401
(541) 338-7072
Fax no. 866-650-5213

    Attorneys for Plaintiff

Robert G. Dreher, Acting Assistant Attorney General
Environment & Natural Resources Division
Alison D. Garner, DC Bar No. 983858
Andrea Gelatt, CA Bar No. 262617
Stuart C. Gillespie, CO Bar No. 42861
Benjamin Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 514-2855 (Garner)
Tel: (202) 305-0388 (Gelatt)
Tel: (202) 305-0490 (Gillespie)
Fax: (202) 305-0506
Alison.Garner@usdoj.gov
Andrea.Gelatt@usdoj.gov
Stuart.Gillespie@usdoj.gov

    Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSERVATION CONGRESS, | No. 2:12-cv-02416-WBS-KJN |
|     Plaintiff, | |
|     v. | STIPULATION FOR EXTENSION OF TIME FOR ATTORNEY FEE MOTION |
| UNITED STATES FOREST SERVICE and UNITED STATES FISH AND WILDLIFE SERVICE, | |
|     Defendants. | |

PAGE 1 - STIPULATION FOR EXTENSION OF TIME FOR ATTORNEY FEE MOTION

WHEREAS, on June 6, 2013 (Dkt 55), the Court entered an Order:

1) granting plaintiff's motion to defer consideration of its ESA claims under Federal Rule of Civil Procedure 56(d);

2) granting defendant USFS summary judgment on plaintiff's claims regarding the Log Springs and M9 Projects (denying plaintiff's motion for summary judgment on those projects);

3) granting plaintiff summary judgment on plaintiff's claims regarding the Tatham Project (denying defendant USFS's motion for summary judgment on that project);

4) ordering that USFS shall not begin its proposed actions on the Tatham Project without the preparation and consideration of legally adequate documentation under NEPA; and

WHEREAS, on June 27, 2013 (Dkt 60), pursuant to the stipulation of the parties, the Court entered an Order dismissing plaintiff's remaining claims for violation of the ESA, without prejudice; and

WHEREAS, on July 26, 2013 (Dkt 61), the Court entered judgment pursuant to the June 27 order; and

WHEREAS, L.R. 293(a) requires a prevailing party to file any motion for attorneys' fees pursuant to statute no later than 28 days after entry of final judgment (which deadline would be August 23, 2013); and

WHEREAS, any award of attorney fees regarding the claims that have been adjudicated by the Court would be determined under the Equal Access to Justice Act (EAJA), 28 U.S.C. 2412; and

WHEREAS, the deadline for a fee petition pursuant to EAJA is thirty days after final judgment (28 U.S.C. 2412(d)(1)(B)), which the courts have held means thirty days after the deadline to appeal has expired; or, if an appeal is filed, then thirty days after the deadline to petition for certiorari has expired; and

1   WHEREAS, the deadline to appeal in this case is September 24, 2013, making the

2   earliest EAJA deadline October 24, 2013; and

3   WHEREAS, the parties have agreed to attempt to settle fees; and

4   WHEREAS, no prior extensions have been requested regarding plaintiff's attorney fee

5   motion;

6   THEREFORE, the parties respectfully request that the Court extend the deadline to file a

7   fee motion to the EAJA deadline (October 24, 2013, if no appeal is filed; and if an appeal is

8   filed, then thirty days after the deadline to petition for certiorari).

9   Dated  August 16, 2013.

10
  /s/  James Jay Tutchton
James Jay Tutchton (CA State Bar # 150908)
11
Tutchton Law Office
6439 E. Maplewood Ave.
12
Centennial, CO 80111
(720) 301-3843
13
E-mail: jtutchtontlo@gmail.com

14
  /s/  Marianne Dugan
Marianne Dugan, *pro hac vice* (OR State Bar # 932563)
15
259 E. 5th Ave. Ste 200-D
Eugene, OR  97401
16
(541) 338-7072
Fax (866) 650-5213
17
mdugan@mdugan.com

18   As authorized August 16, 2013:

19
Robert G. Dreher
Acting Assistant Attorney General
20
Environment and Natural Resources Division

21
 /s/ Alison D. Garner
Alison D. Garner, DC Bar No. 983858
22
Trial Attorney

U.S. Department of Justice
23
Natural Resources Section
Environment & Natural Resources Division
24
P.O. Box 7611

25
PAGE 3 - STIPULATION FOR EXTENSION OF TIME FOR ATTORNEY FEE MOTION

|   |   |
|---|---|
| 1 | Washington, D.C. 20044-7611 |
|   | Telephone: (202) 514-2855 |
| 2 | Facsimile: (202) 305-0506 |
|   | alison.garner@usdoj.gov |

Stuart C. Gillespie, CO Bar No. 42861
Trial Attorney, Natural Resources Section
Benjamin Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-0490
Fax: (202) 305-0506
Stuart.Gillespie@usdoj.gov

Andrea Gelatt, CA Bar # 262617
Trial Attorney
U.S. Department of Justice
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
(202) 305-0388 | (202) 305-0275 (fax)
Email: andrea.gelatt@usdoj.gov

IT IS SO ORDERED.

Dated:  August 16, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PAGE 4 - STIPULATION FOR EXTENSION OF TIME FOR ATTORNEY FEE MOTION