IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| CONSERVATION CONGRESS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FOREST SERVICE and UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>Defendants. | Case No. 12-2416<br><br>ORDER ON STIPULATED AGREEMENT RESOLVING ATTORNEYS' FEES AND COSTS |

Before the Court is the Parties' Stipulated Agreement Resolving Attorneys' Fees and Costs, filed June 16, 2014. ECF No. 72. The Parties' Stipulated Agreement is APPROVED. The June 30, 2014 motion hearing is vacated.

Dated:  June 16, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1