IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| CONSERVATION CONGRESS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FOREST SERVICE and UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>Defendants. | Case No. CV 12-2416<br><br>ORDER ON JOINT MOTION TO APPEAR TELEPHONICALLY |

This matter having come before the Court on the parties' joint motion to appear telephonically, the Court, having considered the parties' motion, and having found good cause, GRANTS the motion. It is hereby SO ORDERED that the parties may appear by telephone at the hearing on Federal Defendants' Motion to Lift the Injunction set for March 21, 2016 at 1:30 pm. The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

Dated: March 8, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE